Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Attorney for Defendant Charles Williams*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>CHARLES WILLIAMS,<br>　　　　　　　　　Defendant. | Case No. CR 23-0172 HSG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE SET FOR FEBRUARY 21, 2024 TO MARCH 20, 2024** |

　　　　This case is currently set for a status conference on February 21, 2024.

　　　　On December 6, 2023, the parties informed the Court of their ongoing negotiations and the ongoing assessment of the defendant by Pretrial Services for the Conviction Alternatives Program. *See* Dkt. 26. Shortly before the next scheduled status conference on January 31, 2024, the parties discovered a potential issue regarding the defendant's criminal history that impacted the parties ongoing resolution efforts and required further investigation. Pursuant to stipulation, the Court continued that status conference to the present date of February 21, 2024. *See* Dkt. 31. Undersigned defense counsel has worked diligently since that time to investigate and resolve the issue regarding the defendant's criminal history and has updated counsel for the government on those efforts. The parties agree that it would beneficial to their ongoing efforts to finalize a resolution in this case to allow defense counsel additional time to resolve the issue regarding her client's criminal history. Accordingly, the parties hereby stipulate and respectfully request that the status conference presently set for February 21, 2024, be continued to March 20, 2024, at 2:00

1   p.m.

2       It is further stipulated that time be excluded under the Speedy Trial Act from February

3   21, 2024, through March 20, 2024.  The parties stipulate and agree that excluding time until

4   March 20, 2024, will allow for the effective preparation of defense counsel. *See* 18 U.S.C. §

5   3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by

6   excluding the time from February 21, 2024, through March 20, 2024, from computation under the

7   Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18

8   U.S.C. § 3161(h)(7)(A),(B)(iv).

10  **IT IS SO STIPULATED.**

12  Dated: February 15, 2024                                    Respectfully submitted,

                                                            ISMAIL J. RAMSEY
                                                              United States Attorney

                                                                     /s/
                                                             CHRIS KALTSAS
                                                             Assistant United States Attorney

                                                             SWANSON & McNAMARA LLP

Dated: February 16, 2024                                         /s/
                                                             BRITT EVANGELIST
                                                             Counsel for Charles Williams

**ORDER**

Based on the stipulation of the parties and good cause appearing therefore, the status conference currently set for February 21, 2024, is continued to March 20, 2024, at 2:00 p.m.

Based upon the facts set forth in the stipulation, and for good cause shown, the Court finds that failing to exclude the time from February 21, 2024, through March 20, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B) (iv). The Court further finds that the ends of justice served by excluding the time from February 21, 2024, through March 20, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 21, 2024, through March 20, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

DATED: 2/16/2024

_____
HONORABLE HAYWOOD S. GILLIAM JR.
United States District Judge