Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Attorney for Defendant Charles Williams*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES WILLIAMS,<br><br>Defendant. | Case No. CR 23-0172 HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING SET FOR AUGUST 14, 2024 TO SEPTEMBER 18, 2024 (as modified)** |
|---|---|

Defendant Charles Williams, by and through his counsel of record Britt Evangelist, and the United States, by and through Assistant United States Attorney Chris Kaltsas, hereby stipulate and agree and respectfully request as follows:

1) At the last calling of the case on March 20, 2024, the parties informed the Court that they had reached an agreement in principle but noted that Mr. Williams was in the process of resolving a criminal action pending in Las Vegas, Nevada, and that resolution of the Las Vegas action was necessary to facilitate resolution of the current matter.

2) In May, the parties asked the Court to continue the change of plea hearing then set for May 29, 2024, to August in order to allow Mr. Williams to finish resolving the case pending in Las Vegas.[1]  Dkt. 46, 48.  At that time, undersigned defense counsel understood from Mr. Williams' public defender in Las Vegas that the sentencing hearing in that case would likely be set

---

[1] Mr. Williams has agreed to time-served resolution in the Las Vegas matter.  He has traveled to Las Vegas on multiple occasions to make the necessary appearances in the case.  He has entered into a plea agreement and entered a change of plea.

STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING         -1-

1  in late-July and requested the current change of plea date in mid-August. *Id*.

2      3)    However, after the Court continued the change of plea in this case to mid-August
3  (dkt. 48), Mr. Williams traveled to Las Vegas for an additional court appearance. Although Mr.
4  Williams and his public defender requested that the Las Vegas court allow Mr. Williams to appear
5  remotely for sentencing, the Las Vegas court denied that request. The Las Vegas court also set
6  sentencing in Mr. Williams case for August 29, 224.

7      4)    The parties continue to agree that resolution of the Las Vegas case is necessary to
8  facilitate the resolution of the instant matter. As a result, the parties stipulate and agree and
9  respectfully request that the change of plea hearing presently set for August 14, 2024, be
10 continued to September 18, 2024, at 2:00 p.m.

11     5)    It is further stipulated that time be excluded under the Speedy Trial Act from
12 August 14, 2024, through September 18, 2024. The parties stipulate and agree that excluding time
13 until September 18, 2024, will allow for the effective preparation of defense counsel. See 18
14 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served
15 by excluding the time from August 14, 2024, through September 18, 2024, from computation
16 under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy
17 trial. 18 U.S.C. § 3161(h)(7)(A),(B)(iv).

18 **IT IS SO STIPULATED.**

Dated: July 19, 2024                              Respectfully submitted,

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney


                                                  _____/s/_____
                                                  CHRIS KALTSAS
                                                  Assistant United States Attorneys


                                                  SWANSON & McNAMARA LLP


Dated: July 19, 2024                              _____/s/_____
                                                  BRITT EVANGELIST
                                                  Counsel for Charles Williams

**ORDER**

Based on the stipulation of the parties and good cause appearing therefore, the change of plea hearing currently set for August 14, 2024, is continued to September 18, 2024, at 2:00 p.m.

Based upon the facts set forth in the stipulation, and for good cause shown, the Court finds that failing to exclude the time from August 14, 2024, through September 18, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B) (iv). The Court further finds that the ends of justice served by excluding the time from August 14, 2024, through September 18, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 14, 2024, through September 18, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

DATED: 7/22/2024

HONORABLE HAYWOOD S. GILLIAM JR.
United States District Judge